RECEIVED
IN ALEXANDRIA, LA
SEP 25 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 00-10002-03 |
| VERSUS | * | JUDGE LITTLE |
| ANDREW CHRISTOPHER JOHNSON<br>    Defendant | * | MAGISTRATE JUDGE KIRK |
| AND | | |
| RAPIDES JANITOR SERVICE, INC.<br>AND ITS SUCCESSORS OR ASSIGNS<br>    Garnishee | | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Rapides Janitor Service, Inc., and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on August 30, 2006, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly basis, and that for the pay period in effect on the date of service on the garnishee, defendant earned gross wages of $168.00 and net wages of $139.67. Defendant is ALSO paid on a monthly basis, and that for the pay period in effect on the date of service on the garnishee, defendant earned gross wages of $425.00 and net wages of $358.17.

On August 28, 2006, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands

of the United States Attorney, for each and every pay period that the defendant, Andrew Christopher Johnson, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings; or
2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: Sept 22, 2006     By: _____
                          United States ~~Magistrate~~ District Judge